IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN DOE 1,

    Plaintiff,

v.                                                                                                  No. 1:20-cv-00907-WJ-LF

SISTERS OF SAINT
FRANCIS OF COLORADO SPRINGS,

    Defendant.

JOHN DOE 2,

    Plaintiff,

v.                                                                                                  No. 1:20-cv-00908-WJ-LF

SISTERS OF SAINT
FRANCIS OF COLORADO SPRINGS,

    Defendant.

JOHN DOE 3,

    Plaintiff,

v.                                                                                                  No. 1:20-cv-00909-WJ-LF

SISTERS OF SAINT
FRANCIS OF COLORADO SPRINGS,

    Defendant.

**RULE 58 JUDGMENT**

THIS MATTER comes before the Court upon the Uncontested Motion to Dismiss with Prejudice, which the Court granted on July 12, 2021 (**Doc. 74**). **IT IS THEREFORE ORDERED**

1

and **ADJUDGED** that all claims in the above-captioned action are hereby terminated, thus disposing of this case in its entirety.

    **IT IS SO ORDERED.**

                                              WILLIAM P. JOHNSON
                                              CHIEF UNITED STATES DISTRICT JUDGE